| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)** |
| **PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust* |
| In Re:<br><br>Willie Mathis,<br><br>Evelyn Mathis,<br><br>      Debtor(s). |

Case No.: 24-13405-JKS

Chapter 13

Hearing Date: 05/23/2024

Judge: John K. Sherwood

## **OBJECTION TO CONFIRMATION OF THE PLAN**

Creditor, U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust (hereinafter "Creditor"), by and through its counsel, Padgett Law Group, hereby objects to Debtor's Chapter 13 Plan (the "Plan"), as follows:

1. As of the bankruptcy filing date of April 2, 2024, Creditor holds a secured claim against Debtor's property located at **75 South Harrison Street, East Orange, NJ 07018.**

2. Creditor anticipates filing a Proof of Claim with an estimated unpaid principal balance of $754,018.10 along with estimated arrears totaling $269,539.72. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

3. Furthermore, there is no automatic stay in place as this is at least the third open bankruptcy within one (1) year; however, Creditor is filing this Objection to protect its interests and may follow up with a subsequent Motion for In Rem Relief, if necessary.

4. Creditor objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Creditor requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Creditor respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Respectfully submitted,

Dated: May 7, 2024    **PADGETT LAW GROUP**

By:    /s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust* |
| In Re:<br><br>Willie Mathis,<br><br>Evelyn Mathis,<br><br>                         Debtor(s). |

Case No.: 24-13405-JKS

Chapter 13

Hearing Date: 05/23/2024

Judge: John K. Sherwood

## NOTICE OF OBJECTION TO CONFIRMATION OF THE PLAN

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust has papers with the Court pursuant to object to Confirmation of the Chapter 13 Plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.    If you do not want the Court to object to Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the motion, then on or before **5/23/2024** you or your attorney must do **all** of the following:

(a) file an answer explaining your position at:

Clerk
50 Walnut Street
Newark, NJ 07102

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b) mail a copy to:

      Joshua I. Goldman, Esq.
      6267 Old Water Oak Road, Suite 203
      Tallahassee, FL 32312

      Marie-Ann Greenberg
      Chapter 13 Standing Trustee
      30 Two Bridges Rd
      Suite 330
      Fairfield, NJ 07004-1550

      (c) attend the hearing to be held on in the NEWARK Bankruptcy Court at the following address:

      U.S. Bankruptcy Court
      50 Walnut Street
      Newark, NJ 07102

    2.     If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

                                                                      Respectfully submitted,

Dated: May 7, 2024                                     **PADGETT LAW GROUP**

                                                By:    /s/ Joshua I. Goldman
                                                        Joshua I. Goldman, Esq.
                                                        6267 Old Water Oak Road, Suite 203
                                                        Tallahassee, FL 32312
                                                        (850) 422-2520 (telephone)
                                                        (850) 422-2567 (facsimile)
                                                        Josh.Goldman@padgettlawgroup.com

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)** |
| **PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust* |
| In Re:<br><br>Willie Mathis,<br><br>Evelyn Mathis,<br><br>                Debtor(s). |

Case No.: 24-13405-JKS

Chapter 13

Hearing Date: 05/23/2024

Judge: John K. Sherwood

## CERTIFICATION OF SERVICE

1. I, Catherine Rusteberg:
   - ☐ represent _____ in the above-captioned matter.
   - ☑ am the secretary/paralegal for Padgett Law Group, who represents the Creditor in the above captioned matter.
   - ☐ am the _____ in the above case and am representing myself.

2. On <u>May 7, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Objection to Confirmation of the Plan*** and ***Notice of Objection to Confirmation of the Plan.***

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

4. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  <u>May 7, 2024</u>                                    /s/  *Catherine Rusteberg*
                                                                     Catherine Rusteberg

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Willie Mathis<br>75 S Harrison St<br>East Orange, NJ 07018 | DEBTOR (PRO SE) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Evelyn Mathis<br>75 S Harrison St<br>East Orange, NJ 07018 | JOINT DEBTOR (PRO SE) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2